1
2
3
4
5
6
7
8            **UNITED STATES DISTRICT COURT**
9            **CENTRAL DISTRICT OF CALIFORNIA**
10
11
12  NORMA GARCIA, an               )  CV 20-4083-RSWL-SK
    individual,                    )
13                                 )
                     Plaintiff,    )  **ORDER TO SHOW CAUSE RE:**
14                                 )  **SUBJECT MATTER**
                                   )  **JURISDICTION**
15      v.                         )
                                   )
16                                 )
    PVH NECKWEAR, INC., a          )
17  Delaware corporation; PVH      )
    CORP., a Delaware              )
18  corporation; USA-PVH           )
    NECKWEAR INC., an entity of    )
19  unknown form; PHILLIPS-VAN     )
    HEUSEN CORPORATION, an         )
20  entity of unknown form; and    )
    DOES 1 through 20,             )
21  inclusive,                     )
                                   )
22                                 )
                                   )
                     Defendants.   )
23  _____ )

24       Defendants PVH Neckwear, Inc. and PVH Corp.,

25  formerly Phillips-Van Heusen Corporation, (collectively

26  "Defendants") filed their Notice of Removal [1] on May

27  4, 2020.  In their Notice of Removal, with regard to

28  the citizenship of Plaintiff Norma Garcia

                              1

("Plaintiff"), Defendants stated, "At all relevant times, Plaintiff was a citizen of California."  Not. of Removal ¶ 9, ECF No. 1.  In support of diversity jurisdiction, Defendants direct the Court to paragraph two of the Complaint, which merely claims that "Plaintiff . . . is and at all times relevant hereto was a resident of the County of Los Angeles, State of California."  Not. of Removal, Attachment #1 ("Compl.") ¶ 2, ECF No. 1-1.  To invoke diversity jurisdiction, Defendants must prove complete diversity of citizenship between the parties.  28 U.S.C. § 1332.  A natural person's state citizenship is "determined by her state of domicile, not her state of residence."  <u>Kanter v. Warner-Lambert Co.</u>, 265 F.3d 853, 857 (9th Cir. 2001).

///
///
///
///
///
///
///
///
///
///
///
///
///
///

1    A notice of removal "alleging diversity of
2  citizenship upon information and belief is
3  insufficient" to prove complete diversity.  <u>Bradford v.</u>
4  <u>Mitchell Bros. Truck Lines</u>, 217 F. Supp. 525, 527 (N.D.
5  Cal. 1963); <u>see</u> <u>Doherty v. Ocwen Fin. Corp.</u>, No. CV
6  14-7118 PA (Ex), 2014 U.S. Dist. LEXIS 131247, at *4
7  (C.D. Cal. Sep. 16, 2014) (remanding case when the
8  defendant alleged the plaintiffs' citizenship based
9  solely on "information and belief").  As such,
10 Defendants are **HEREBY ORDERED** to show, in writing, on
11 or before June 4, 2020, evidence of Plaintiff's
12 citizenship or this Action will be remanded.
13 **IT IS SO ORDERED.**
14
15 DATED: May 21, 2020        <u>  /s/ Ronald S.W. Lew  </u>
16                            **HONORABLE RONALD S.W. LEW**
                              Senior U.S. District Judge
17
18
19
20
21
22
23
24
25
26
27
28