JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMA GARCIA, an individual,<br><br>                     Plaintiff,<br><br>v.<br><br>PVH NECKWEAR, INC., a Delaware corporation; PVH CORP., a Delaware corporation, USA – PVH NECKWEAR INC, an entity of unknown form; PHILLIPS-VAN HEUSEN CORPORATION, an entity of unknown form; and DOES 1 through 20, inclusive,<br><br>                     Defendants. | Case No.: 2:20-cv-04083-RSWL-SKx<br><br>*Assigned to the Hon. Ronald S. W. Lew*<br><br>[~~PROPOSED~~] **ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed:   February 28, 2020<br>Trial Date:      November 30, 2021 |

## [~~PROPOSED~~] ORDER

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice. The Court shall retain jurisdiction to enforce the terms of the parties' settlement.

**IT IS SO ORDERED.**

Date: June 15, 2021

                                                                           **/S/ RONALD S.W. LEW**

                                                                           Hon. Ronald S. W. Lew